

```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8
                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  EARL JAMES ROBBINS,           ) Case No. EDCV 07-1427-GPS(RC)
                                  )
12              Plaintiff,        )
    vs.                           )
13                                ) ORDER ADOPTING REPORT AND
                                  ) RECOMMENDATION OF UNITED STATES
    CARLOS LUNA, ET AL.,          ) MAGISTRATE JUDGE
14                                )
                Defendants.       )
15  _____)
16
```

17      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18 Complaint and other papers along with the attached Report and
19 Recommendation of United States Magistrate Judge Rosalyn M.
20 Chapman, and has made a *de novo* determination.
21
22      IT IS ORDERED that (1) the Report and Recommendation is
23 approved and adopted; (2) plaintiff's claims against defendants
24 Liu and Luna in their official capacities on Eleventh Amendment
25 grounds are dismissed; (3) defendant Liu's motion to dismiss is
26 granted on grounds of qualified immunity, and Judgment shall be
27 entered accordingly; (4) defendant Luna's motion to dismiss is
28 //

1  granted for failure to state a claim upon which relief can be
2  granted, and Judgment shall be entered accordingly.

DATED: 7/20/08

*/s/ George P. Schiavelli*
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

R&R\07-1427.ado
4/14/08