

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL JAMES ROBBINS, ) | Case No. EDCV 07-1427-GPS(RC) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| CARLOS LUNA, ET AL., ) | |
| Defendants. ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the complaint and action against defendant Liu on qualified immunity grounds.

IT IS FURTHER ADJUDGED that Judgment be entered dismissing the complaint and action against defendant Luna for failing to state a claim upon which relief can be granted.

DATED: 7/20/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

R&Rs\07-1427.JUD
4/14/08